FILED
ATTORNEY DISCIPLINE BOARD

STATE OF MICHIGAN

16 JAN 22 PM 3: 12

# Attorney Discipline Board

GRIEVANCE ADMINISTRATOR,
Attorney Grievance Commission,

    Petitioner,

v                                          Case No. 14-59-GA

WADE H. MCCREE, P 37626,

    Respondent.
_____/

### ORDER OF SUSPENSION

Issued by the Attorney Discipline Board
Tri-County Hearing Panel #2

James E. Wynne, Chairperson
Gail O. Rodwan, Member
Jeffrey Caminsky, Member

       This matter is before the panel upon the filing of Formal Complaint 14-59-GA charging that respondent, Wade H. McCree, has committed acts of professional misconduct warranting discipline. The panel has reported its findings and conclusions as to misconduct and discipline;

       **NOW THEREFORE,**

       **IT IS ORDERED** that respondent's license to practice law in Michigan is **SUSPENDED FOR TWO YEARS EFFECTIVE THE DATE OF THIS ORDER (January 22, 2016)**, and until further order of the Supreme Court, the Attorney Discipline Board or a hearing panel, and until respondent complies with the requirements of MCR 9.123(B) and MCR 9.124.

       **IT IS FURTHER ORDERED** that from the effective date of this order and until reinstatement in accordance with the applicable provisions of MCR 9.123, respondent is forbidden from practicing law in any form; appearing as an attorney before any court, judge, justice, board, commission or other public authority; or holding himself out as an attorney by any means.

       **IT IS FURTHER ORDERED** that, in accordance with MCR 9.119(A), respondent shall, within seven days after the effective date of this order, notify all of his active clients, in writing, by registered or certified mail, return receipt requested, of the following:

          1.     the nature and duration of the discipline imposed;

          2.     the effective date of such discipline;

3. respondent's inability to act as an attorney after the effective date of such discipline;

4. the location and identity of the custodian of the clients' files and records which will be made available to them or to substitute counsel;

5. that the clients may wish to seek legal advice and counsel elsewhere; provided that, if respondent was a member of a law firm, the firm may continue to represent each client with the client's express written consent;

6. the address to which all correspondence to respondent may be addressed.

IT IS FURTHER ORDERED that in accordance with MCR 9.119(B), respondent must, on or before the effective date of this order, in every matter in which respondent is representing a client in litigation, file with the tribunal and all parties a notice of respondent's disqualification from the practice of law.

IT IS FURTHER ORDERED that, respondent shall, within 14 days after the effective date of this order, file with the Grievance Administrator and the Attorney Discipline Board an affidavit of compliance as required by MCR 9.119(C).

IT IS FURTHER ORDERED that respondent's conduct after the entry of this order but prior to its effective date, shall be subject to the restrictions set forth in MCR 9.119(D); and respondent's compensation for legal services shall be subject to the restrictions described in MCR 9.119(F).

IT IS FURTHER ORDERED that respondent shall, on or before **February 13, 2016** pay costs in the amount of **$3,271.11**. Check or money order shall be made payable to the Attorney Discipline System and submitted to the Attorney Discipline Board [211 West Fort St., Ste. 1410, Detroit, MI 48226] for proper crediting. (See attached instruction sheet.)

ATTORNEY DISCIPLINE BOARD
Tri-County Hearing Panel #2

By: *James E. Wynne*
James E. Wynne, Chairperson

Dated: January 22, 2016